# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: ) | |
| ) | Case No. |
| ROBIN DELANEY, ) | 12-21924 (ASD) |
| Debtor ) | |
| ) | Chapter 7 |
| ) | |
| DONNA PARRIS, ) | |
| Plaintiff, ) | Consolidated |
| v. ) | Adversary Proceeding |
| ROBIN DELANEY, ) | No. 12-02078 |
| Defendant. ) | |
| ) | |
| In re: ) | |
| ) | |
| CHARLES PAPPAS, ) | |
| Debtor ) | |
| ) | |
| ) | |
| DONNA PARRIS, ) | |
| Plaintiff, ) | |
| v. ) | |
| CHARLES PAPPAS, ) | |
| Defendant. ) | |
| ) | |

## NOTICE REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On February 1, 2013, the Plaintiff moved for summary judgment in this consolidated proceeding. *See* Docket Entrires 17, 18. The Defendants' opposition to that motion was due February 22, 2013. *See* D. Conn. LBR 1001-1 (incorporating D. Conn. L. Civ. R. 7(a) (providing that memoranda in opposition to motions "shall be filed within twenty-one (21) days of the filing of the motion")). To date, the Defendants have not opposed the Plaintiff's motion.

#4254669.2

For this reason, as well as those reasons set forth in the Plaintiff's motion and supporting memorandum of law, the Plaintiff respectfully requests that the Court enter judgment in the Plaintiff's favor.[1]

Date: March 1, 2013                                       DONNA PARRIS, PLAINTIFF


              By: */s/ Michael J. Coolican*
                Michael J. Coolican [ct28057]
                Katherine L. Lindsay [ct27971]
                BRACEWELL & GIULIANI LLP
                225 Asylum Street, Suite 2600
                Hartford, CT 06103
                Tel: (860) 947-9000
                Fax: (860) 246-3201
                Email: michael.coolican@bgllp.com
                Email: katherine.lindsay@bgllp.com

                Timothy Bennett-Smyth [ct27615]
                Greg J. Kirschner [ct26888]
                THE CONNECTICUT FAIR HOUSING CENTER
                221 Main St., 4th Floor
                Hartford, CT 06106
                Tel: (860) 263-0728
                Fax: (860) 247-4236
                Email: tsmyth@ctfairhousing.org
                Email: greg@ctfairhousing.org

                *Her attorneys*

---

[1] *See* D. Conn. L. Civ. R. 7(a) (providing that "[f]ailure to submit a memorandum in opposition to a motion may be deemed sufficient cause to grant the motion, except where the pleadings provide sufficient grounds to deny the motion"); *Pepsi-Cola Newburgh Bottling Co. v. Silver (In re Silver)*, 166 B.R. 15, 18 (Bankr. D. Conn. 1994) (granting summary judgment where non-moving party did not respond to motion); *see also* Fed. R. Civ. P. 56(e)(3) (providing that non-moving party's failure to appropriately contest movant's assertions of fact can result in granting of motion where undisputed facts demonstrate entitlement to summary judgment); D. Conn. L. Civ. R. 56(a)(3) (same); *Local 1336, Amalgamated Transit, Union, AFL-CIO v. First Student, Inc.*, 3:11-CV-1850, 2013 WL 588199, at *1-2 (D. Conn. Feb. 13, 2013) (deeming certain facts admitted and ultimately granting summary judgment where non-moving party failed to respond to summary judgment motion); *Bugnacki v. Bugnacki (In re Bugnacki)*, 439 B.R. 12, 18 (Bankr. D. Conn. 2010) (deeming certain facts admitted and ultimately granting summary judgment where non-moving party's counter-statement of facts did not comply fully with local rules).

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2013, a copy of the foregoing has been forwarded to all counsel of record by operation of the Court's CM/ECF system.

/s/  Michael J. Coolican
Michael J. Coolican

#4254669.2